Nov. Term,
1858.

JOHNSON
v.
THE STATE.

Monday,
January 10,
1859.

---

JOHNSON *v.* THE STATE.

Monday,
January 10,
1859.

APPEAL from the *Boone* Circuit Court.

*Per Curiam.*—Indictment against *George H. Johnson* for obtaining goods by false pretenses. Trial, conviction, and sentence to the state prison.

The indictment appears to have been found in the *Montgomery* Circuit Court, within the jurisdiction of which the offense is alleged to have been committed. The trial was in the *Boone* Circuit Court.

There are two fatal defects appearing in the record—

1. The indictment is bad. The pretense alleged is, that *Johnson* presented and offered to one *William H. Nicholson* some of *Hamer's* checks, calling for, in the aggregate, 17 dollars, and represented to him that they were good, and of nearly par value, when they were not good and of such value, &c., and by means of such pretense obtained a set of harness, &c. It is nowhere averred that the checks were delivered to *Nicholson*, or that they were received by him in payment for the harness. It seems to us that, in a case like the present, there should have been such an averment. See Lewis's U. S. Cr. Law, p. 674.

2. There is no transcript from the clerk of the *Montgomery* Circuit Court of the proceedings in that Court, nor any certificate from him that a change of venue was ever taken. There is nothing in the record showing jurisdiction in the *Boone* Circuit Court to try the cause.

The judgment is reversed. Cause remanded to the *Boone* Circuit Court, and the clerk of the Supreme Court is ordered to notify the keeper of the state prison to return the convict to the custody of the sheriff of *Boone* county, for the further order of the *Boone* Circuit Court.

*R. L. Walpole*, *D. Wallace*, and *J. Coburn*, for appellant.
*W. P. Fishback*, for the state.